AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN DISTRICT OF WISCONSIN

DONALD S. HARDEN,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-1503

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition is DENIED and the case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: December 31, 2019

STEPHEN C. DRIES
Clerk of Court

s/ Mary T. Fisher
(By) Deputy Clerk